DANIEL MALAKAUSKAS, *Cal. Bar No.: 265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive, Suite B-107-240
Las Vegas NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* **Frank Singh**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| **FRANK SINGH**,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>**BRENDA T. BROWN**, as an individual and doing business as "Stardust Alley", **T M P ENTERPRISES, LLC**, and **DOES** 1-50, Inclusive,<br><br>　　　　　　Defendants. | Case No.: **5:20-cv-01908-AB-SP**<br><br>**NOTICE OF DISMISSAL**<br><br>[Fed. R. Civ. P. 41] |

**PLEASE TAKE NOTICE**, that plaintiff hereby unilaterally requests that this action be and is hereby dismissed in its entirety, pursuant to Federal Rules of Civil Procedure 41(a)(1).

Date: February 23rd, 2021　　　　　　　　　　　　/s/ Daniel Malakauskas
　　　　　　　　　　　　　　　　　　　　　　　　By: Daniel Malakauskas, of,
　　　　　　　　　　　　　　　　　　　　　　　　MALAKAUSKAS LAW, APC,
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff